## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

**UNITED STATES OF AMERICA**
Plaintiff,

**CASE NUMBER: 1:23-CR-20188-JEM-2**

**v.**

**DIEGO PRESAS HERRERA,**
Defendant.
_____/

## NOTICE OF APPEARANCE

**COMES NOW** the LAW OFFICES OF STROLENY LAW, P. A. by and through undersigned counsel, 66 W FLAGLER STREET, MIAMI, FL 33130, and hereby files this Notice of Appearance as attorney of record for pre-trial and trial purposes at proceedings in the United States District Court for the Defendant in the above captioned matter, DIEGO PRESAS HERRERA.

**I HEREBY CERTIFY** that on **May 10th, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Stroleny Law, P. A.
66 W Flagler Street, Suite 1005
Miami, Florida 33130
Tel: (305) 615-1285
Julian@pslaw.org
FL Bar No. 102869

/s/ Julian Stroleny
Julian Stroleny, Esq.