July 06, 2025

Aridas Pereira
2600 S. Douglas Road
  Suite 1004
Coral Gables, Florida 33134

Re: Diego Presas
    Reg. No.: 58618-510

FILED BY ___ D.C.
JUL 14 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

23CR 20188

Mr. Pereira:
I am writing to give you notice that I no longer require your services. Please direct all future correspondence or pleadings from the Court or government regarding Mr. Presas' case directly to me at:

   Diego Presas Herrera
   Reg. No.: 58618-510
   Federal Correctional Institution
   2600 U.S Highway 301 South
   Jesup, Georgia 31599

Thank you for your time and assistance in this matter.

Respectfully,

Diego Presas Herrera
Reg. No.: 58618-510
Federal Correctional Institution
2600 U.S. Highway 301 South
Jesup, Georgia 31599

Diego Presas Herrera
Reg. No. 58618-510
Federal Satellite Low
2600 Highway 301 S
Jesup, GA 31599

REC'D BY _____ D.C.

JUL 11 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of Court
Southern District of Florida
400 N. Miami Ave., Rm 13-1
Miami, FL 33128

JACKSONVILLE RPDC 320

9 JUL 2025 PM 3 L